Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Jason Johnson, | CASE NO.: 09 CV 1596 WQH (BLM) |
|---|---|
| Plaintiff, | JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE |
| v. | |
| Professional Collection Consultants, | HON. WILLIAM Q. HAYES |
| Defendant. | |

   Plaintiff JASON JOHNSON (hereinafter "Plaintiff") and Defendant, PROFESSIONAL COLLECTION CONSULTANTS (herein after "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the entire action with prejudice, and in support of this. Motion hereby say:

1. The Parties have reached a settlement of this action.
2. The Parties to the litigation have entered into this Joint Motion;
3. The Defendant, without acknowledging liability or wrongdoing, and Plaintiff, without acknowledging liability or wrongdoing, have agreed to fully and completely settle this matter.

4. The settlement between Plaintiff and Defendant is memorialized in a written settlement agreement, now fully executed by Plaintiff and Defendant. Under said settlement agreement, in pertinent part, Plaintiff and Defendants mutually release each other from all claims.

5. Plaintiff and Defendant, by and through their respective counsel, each represent to the Court that all actions required under the settlement agreement have now been performed. The Parties agree that this Court can proceed to dismiss this entire action, with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice.

Dated: May 4, 2011          **HYDE & SWIGART**

/s/ Joshua B. Swigart
Joshua B. Swigart
Attorneys for the Plaintiff

Dated: May 4, 2011          **LAW OFFICES OF CLARK GAREN**

s/ Clark Garen
Clark Garen
Attorneys for Defendant

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Clark Garen, counsel for Defendant, and that I have obtained Mr. Garen's authorization to affix his electronic signature to this document.